UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Adrian Alvarado,

    Petitioner,

vs.                                                 Case No. 2:03-cv-190-FtM-99SPC

Secretary, Department of
Corrections,

    Respondent.

**ORDER**

This cause is before the Court on Petitioner's Application for Certificate of Appealability (Doc. #30), filed December 7, 2006. On April 24, 1996, the President signed into law amendments to 28 U.S.C. §§ 2244, 2253, 2254, 2255, Appellate Rule 22, and 21 U.S.C. § 848(q). Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appeal ability is issued. The decision to issue a certificate of appeal ability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).

Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000). When the district court has rejected

a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack, 529 U.S. at 484; Franklin v. High tower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 532 U.S. 1009 (2001). "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims." Miller-El v. Cockrell, 537 U.S. at 336. The Court dismissed the Petition as untimely pursuant to 28 U.S.C. § 2244(d). Here, Petitioner has not made the requisite showing.

Therefore, it is now

**ORDERED**:

Petitioner's Application for Certificate of Appealability (Doc. #30) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida, on this __21st__ day of December, 2006.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

SA: hmk
Copies: All Parties of Record
USCA